IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BEVERLY CLEMMONS, | ) |
| Plaintiff | ) ) ) |
| v. | ) **Case No.: 3:14-cv-01225** |
| FIRSTSOURCE FINANCIAL SOLUTIONS, LLC, | ) ) ) ) |
| Defendant | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: July 23, 2014         BY: */s/ Amy L. Bennecoff*
Amy L. Bennecoff, Esquire
BPR No. 28563
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: abennecoff@creditlaw.com
Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 23rd day of July, 2014, a true and correct copy of the foregoing pleading served via mail to the below:

James L. Duke, Esq.
Firstsource Advantage, LLC
205 Bryant Woods South
Amherst New York 14228

>*/s/ Amy L. Bennecoff*
>Amy L. Bennecoff, Esquire
>BPR No. 28563
>Kimmel & Silverman, P.C
>30 East Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888
>Facsimile: (215) 540-8817
>Email: abennecoff@creditlaw.com
>Attorney for Plaintiff