# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| BEVERLY CLEMMONS | ) | |
| | ) | Case No. 3:14-1225 |
| v. | ) | JUDGE SHARP |
| | ) | |
| FIRSTSOURCE FINANCIAL SOLUTIONS, | ) | |
| LLC | ) | |

# O R D E R

Pursuant to the Notice of Voluntary Dismissal  (Docket No. 4) filed by the Plaintiff, this

action is hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil

Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE